# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNETTE DODSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 09-1007 |
| | : | |
| TIAA-CREF, | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 8th day of December, 2009, upon consideration of Defendant's "Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction," (doc. no. 8), Plaintiff's response in opposition thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to mark this case closed.

                                         **BY THE COURT:**

                                         **/s/ Mitchell S. Goldberg**
                                         _____
                                         **MITCHELL S. GOLDBERG, J.**